# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Contractors Indemnity Company,<br>a California Company,<br><br>Plaintiff,<br><br>vs.<br><br>JP Hager Enterprises, LLC, a North Dakota<br>Liability Company, Jason Hager, an individual,<br>and Acuity, A Mutual Insurance Company,<br>a Wisconsin Company,<br><br>Defendants. | **ORDER MID-DISCOVERY**<br>**STATUS CONFERENCE**<br><br><br><br><br><br>Case No. 1:21-cv-010 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on December 20, 2021, at 1:30 PM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 14th day of April, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court